No. 64915.—M. Pressner & Co. v. United States, protests 293221-K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.

No. 64916.—Erwin Salzer v. United States, protest 59/6519 (Boston).

Opinion by LAWRENCE, J. When this case was called for hearing, defendant's counsel conceded that the rates claimed by the plaintiff were applicable. On the record presented, the claim of the plaintiff was sustained.

No. 64917.—American Foreign Industries, Inc., and Stockheimer & Harder v. United States, protest 59/32361 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.